UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE MAURICE CALLOWAY,

      Plaintiff,              Civil Action No. 4:26-CV-11468

v.                               Honorable F. Kay Behm
                                  United States District Judge

TROY CHRISMAN, et. al.,

      Defendants,

_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Prisoner Civil

Rights Complaint and in accordance with the Opinion and Order entered on May

19, 2026.

      IT IS ORDERED AND ADJUDGED that:

(1)  The Complaint is DISMISSED WITH PREJUDICE FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF COULD BE GRANTED.

(2) IT IS FURTHER CERTIFIED that any appeal would not be undertaken in good faith.

      Dated at Flint, Michigan this 19th, day of May, 2026.

                            KINIKIA ESSIX
                            CLERK OF THE COURT

APPROVED:

                                  BY:  s/Kourtney Collins
                                  DEPUTY CLERK

s/F. Kay Behm
F. Kay Behm
United States District Judge