UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW MAURICE CALLOWAY,                    Case No. 26-11468

      Plaintiff,                              F. Kay Behm
v.                                          United States District Judge

TROY CHRISMAN, *et al.*,

      Defendants.
_____ /

### ORDER DENYING MOTION TO EXCLUDE CASE FROM PRO SE PRISONER EARLY MEDIATION PROGRAM AS MOOT (ECF No. 8)

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a prisoner civil rights complaint on May 4, 2026.  (ECF No. 1).  On May 19, 2026, the court issued an Opinion and Order, accompanied by a Judgment, summarily dismissing Plaintiff's Complaint.  (ECF Nos 6, 7).  Subsequently, Plaintiff moved to exclude this matter from the Pro Se Prisoner Early Mediation Program.  (ECF No. 8).  Given that this matter has already been dismissed, the court **DENIES** Plaintiff's motion as moot.

      **SO ORDERED**.

Date: June 5, 2026                          s/F. Kay Behm
                                            F. Kay Behm
                                            United States District Judge